UNITED STATES of America,
Plaintiff—Appellee,

v.

Jose MILANES–SANCHEZ,
Defendant—Appellant.

No. 06–30145.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007 *.

Filed Nov. 26, 2007.

Pamela Jackson Byerly, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Kathleen E. Moran, Esq., FPDWA—Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jose Milanes–Sanchez appeals from the district court's order upon limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), concluding that it would not have imposed a materially different sentence had it known that the United States Sentencing Guidelines were advisory. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Milanes–Sanchez contends that the district court erred by not holding a resentencing hearing following this Court's remand pursuant to *Ameline.* Because the district court determined that it would not have imposed a materially different sentence had it known that the Sentencing Guidelines were advisory, Milanes–Sanchez is not entitled to a resentencing hearing. *See United States v. Combs,* 470 F.3d 1294, 1296–97 (9th Cir.2006); *Ameline,* 409 F.3d at 1085. Therefore, we conclude that the district court did not err.

Moreover, the record indicates that the district court understood its discretion to impose a sentence outside of the Guidelines and did not treat the Guidelines range as a presumptive sentence. *See Combs,* 470 F.3d at 1297.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.